MINUTES OF STATUS CONFERENCE [0:30]
JERRY EDWARDS, JR., U.S. DISTRICT JUDGE
August 13, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE ROBERTO ORTIZ-RIVERA | CIVIL ACTION NO. 25-cv-1148 SEC P |
| VERSUS | JUDGE EDWARDS |
| TODD LYONS ET AL | MAG. JUDGE PEREZ-MONTES |

## MINUTE ENTRY

A status conference was held in this matter by telephone on August 13, 2025, starting at 9:30 a.m. Participating in the conference, along with the undersigned, were Andrew Perry and Melissa Celli, counsel for Petitioner, and Shannon Smitherman and Amy Miller, counsel for Respondents.

The Court was first presented with an oral motion to appear Pro Hac Vice by Petitioner's Counsel Melissa Celli.[1] The Court granted the oral motion for Pro Hac Vice Admission.

The purpose of the conference was to inquire into the current status of the Petitioner's removal proceedings in light of his pending Habeas Corpus Petition[2] and Motion for Temporary Restraining Order[3]. Counsel for Respondents confirmed that the Petitioner is not in an expedited removal proceeding and has no scheduled date

---

[1] The Court will note Petitioner's Counsel Melissa Celli filed a Motion to Appear Pro Hac Vice on August 12, 2025. *See* R. Doc. 5.
[2] *See* R. Doc. 1.
[3] *See* R. Doc. 2.

for removal. Rather, Petitioner, who is detained, has been served with a Notice to Appear in Immigration Court on August 21, 2025, for further proceedings.

Given the representations of Counsel for Respondents that Petitioner's removal is not imminent, the Court informed the parties that the Motion for Temporary Restraining Order will be denied.

Respondents shall file responsive pleadings to Petitioner's Habeas Corpus Petition (R. Doc. 1) by Friday, September 12, 2025.

Counsel for Respondents shall provide Petitioner's Counsel with a copy of the warrant for Petitioner's arrest. Additionally, Respondents' Counsel will provide a point of contact for Petitioner's Counsel to assist in establishing communication with Petitioner at the Alexandria facility.

The Status Conference concluded at 10:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that the pending Motion for Temporary Restraining Order (R. Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that the Respondents shall respond to Petitioner's Habeas Corpus Petition (R. Doc. 1) by Friday, September 12, 2025.

**THUS, DONE AND SIGNED** at Alexandria, Louisiana on this 13th day of August, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE